FILED
5/13/21 12:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

(N)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 17-11349-TPA** |
| **Todd Lyle Grazier** | ) | |
| | ) | |
| | ) | **Chapter 13** |
| **Debtor** | ) | **Document No. __69__** |
| | ) | **Related to Document No. 39** |
| | ) | |

**CONSENT ORDER MODIFYING JULY 13, 2018 ORDER**

AND NOW, this ____13th____ day of ____May_____, 2021, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated July 13, 2018 it is

ORDERED that Part "1.H." be amended to add the following: U.S. Department of Housing and Urban Development (Claim No. 3) shall not be paid through the plan, as the claim is not yet due.

The July 13, 2018 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti          ljm
U.S. BANKRUPTCY JUDGE

25

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Daniel P. Foster
Daniel P. Foster, Esquire (PA I.D. #92376)
Attorney for the debtor
Foster Law Offices
Po Box 966
Meadville PA 16335
814-724-1165
dan@mrdebtbuster.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                     Case No. 17-11349-TPA

Todd Lyle Grazier                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: lfin                                   Page 1 of 2

Date Rcvd: May 13, 2021                       Form ID: pdf900                              Total Noticed: 24

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd Lyle Grazier, 22058 Crimson Drive, Meadville, PA 16335-5508 |
| 14760909 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14760910 | + | CBL Path, 760 Westchester Avenue, Port Chester, NY 10573-1342 |
| 14760911 | + | CVS Caremark, PO Box 6590, Lees Summit, MO 64064-6590 |
| 14750287 | | Roehl Transport Inc, PO Box 750, Westboro, WI 54490 |
| 14783136 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14750288 | + | Us Department Of Education, Great Lakes Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3192 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14750278 | + | Email/Text: bankruptcy@rentacenter.com | May 14 2021 01:37:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14760908 | + | Email/Text: bkrpt@retrievalmasters.com | May 14 2021 01:37:00 | American Medical Collection Agency, PO Box 1235, Elmsford, NY 10523-0935 |
| 14750279 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 14 2021 01:21:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14750280 | + | Email/Text: bankruptcy@cavps.com | May 14 2021 01:37:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2322 |
| 14755596 | + | Email/Text: bankruptcy@cavps.com | May 14 2021 01:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14750281 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2021 01:21:28 | Citicards Cbna, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14780733 | | Email/Text: G06041@att.com | May 14 2021 01:37:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14750282 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 14 2021 01:36:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14750285 | + | Email/Text: bankruptcy@lmmcollections.com | May 14 2021 01:37:00 | Lockhart, Morris & Montgomery Inc., 1401 North Central Expressway, Richardson, TX 75080-4456 |
| 14760912 | + | Email/Text: mwetherbee@mmchs.org | May 14 2021 01:37:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14775387 | + | Email/Text: bankruptcydpt@mcmcg.com | May 14 2021 01:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14776715 | | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2021 01:36:00 | PNC BANK, N.A., Bankruptcy Department,, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14750286 | | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2021 01:36:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14760913 | | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2021 01:36:00 | PNC Mortgage, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |

District/off: 0315-1                         User: lfin                                    Page 2 of 2

Date Rcvd: May 13, 2021                      Form ID: pdf900                               Total Noticed: 24

| 14775126 | + Email/Text: bankruptcy@lmmcollections.com | | |
|---|---|---|---|
| | | May 14 2021 01:37:00 | Roehl Transport, c/o Lockhart, Morris & Montgomery, Inc., 1401 N. Central Expy, Suite 225, Richardson, TX 75080-4456 |
| 14760914 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | May 14 2021 01:37:00 | Transworld Systems Inc, Collection Agency, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14773196 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | May 14 2021 01:23:52 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 14750284 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14750283 | *+ | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | |
| | on behalf of Debtor Todd Lyle Grazier dan@mrdebtbuster.com |
| | katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION pawb@fedphe.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 5