## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 17-11349-TPA |
| | : | |
| Todd Lyle Grazier, | : | Chapter 13 |
| Debtor, | : | |
| _____ | : | Related to Docket No: 81 |
| Todd Lyle Grazier, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING
### APPLICATION TO EMPLOY REALTOR

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **November 12, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

### You should take this to your lawyer at once.

A hearing will be held **December 1, 2021 at 10:00 A.M.** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**.

For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Ken Wargo, at 814-464-9761. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Ken Wargo to make telephonic arrangements.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>October 26, 2021</u>

                                                  Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Application to Employ Realtor, Exhibit A,* and *Notice of Hearing* by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: October 26, 2021

By: /s/ Kathryn Schwartz
KATHRYN SCHWARTZ, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-11349-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Oct 26 12:53:40 EDT 2021 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Acceptance Now<br>Attn: Bankruptcy<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 |
| American Medical Collection Agency<br>PO Box 1235<br>Elmsford, NY 10523-0935 | CBCS<br>PO Box 2724<br>Columbus, OH 43216-2724 | CBL Path<br>760 Westchester Avenue<br>Port Chester, NY 10573-1342 |
| CVS Caremark<br>PO Box 6590<br>Lees Summit, MO 64064-6590 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake<br>Suite 400<br>Valhalla, NY 10595-2322 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Citicards Cbna<br>Centralized Bankruptcy<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL  60197-5008 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>William Moor-Head Building<br>1000 Liberty Avenue<br>Room 806<br>Pittsburgh, PA 15222-4027 |
| Lockhart, Morris & Montgomery Inc.<br>1401 North Central Expressway<br>Richardson, TX 75080-4669 | Meadville Medical Center<br>1034 Grove Street<br>Meadville, PA 16335-2945 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Roehl Transport<br>c/o Lockhart, Morris & Montgomery, Inc.<br>1401 N. Central Expy, Suite 225<br>Richardson, TX 75080-4456 |
| Roehl Transport Inc<br>PO Box 750<br>Westboro, WI 54490 | Transworld Systems Inc<br>Collection Agency<br>500 Virginia Drive<br>Suite 514<br>Fort Washington, PA 19034-2733 | (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>THE WANNAMAKER BUILDING<br>100 PENN SQUARE EAST--11TH FLOOR<br>PHILADELPHIA PA 19107-3325 |
| US DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | Us Department Of Education<br>Great Lakes Higher Education<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3192 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Todd Lyle Grazier<br>22058 Crimson Drive<br>Meadville, PA 16335-5508 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PNC BANK, N.A.
Bankruptcy Department,
3232 NEWMARK DRIVE
MIAMISBURG OH 45342

(d)PNC Mortgage
Attn: Bankruptcy Dept.
3232 Newmark Drive
Miamisburg, OH 45342

(d)Pnc Mortgage
Po Box 8703
Dayton, OH 45401

U.S. Department of HUD
451 7th Street S.W.
Washington, DC 20410

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK, NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29