**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case 17-11349-TPA |
| Todd Lyle Grazier, | : | |
| Debtor, | : | Chapter 13 |
| | : | |
| _____ : | | Related to Docket No: 83 |
| Todd Lyle Grazier, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Calvary SPV I, LLC | : | |
| Internal Revenue Service, | : | |
| U.S. Department of HUD, | : | |
| Roehl Transportation, | : | |
| Midland Funding, LLC | : | |
| PNC Bank, N.A. | : | |
| Directv, LLC | : | |
| U.S. Department of Education, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING**
**MOTION FOR PRIVATE SALE OF REAL PROPERTY FREE AND DIVESTED OF LIENS**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **November 22, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held **December 1, 2021 at 11:00 A.M.** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**.

For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Ken Wargo, at 814-464-9761. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's

Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Ken Wargo to make telephonic arrangements.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>November 5, 2021</u>

Respectfully submitted,
<u>*/s/ Daniel P. Foster, Esquire*</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Motion for Private Sale of Real Property Free and Divested of Liens*  by First-Class Mail, U.S. Postage Paid on the parties below*.


Executed on: <u>November 5, 2021</u>                    By: /s/ Kathryn Schwartz_____
                                                                        KATHRYN SCHWARTZ, PARALEGAL
                                                                        FOSTER LAW OFFICES
                                                                        1210 Park Avenue
                                                                        Meadville, PA 16335
                                                                        Tel 814.724.1165
                                                                        Fax 814.724.1158

---

\*Parties served by the court electronically were not served by regular mail

# MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

**Crawford County Tax Claim Bureau**
903 Diamond Park
Meadville PA 16335
*Service via US Mail*

**Alexander L. Urban**
2178 North 57th Street
Canonsburg, PA 15317
*Service via US Mail*

**Todd L. Grazier**
22058 Crimson Drive
Meadville PA 16335
*Service via US Mail*

**PNC Bank, N.A.**
**Bankruptcy Department**
3232 Newmark Drive
Miamisburg, OH 45342
*Service via US Mail*

**US Department of HUD**
2401 N.W. 23rd Street
Suite 1A1
Oklahoma City OK 73107
*Service via US Mail*

**Calvary SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595
*Service via US Mail*

***IRS***
c/o Insolvency Unit
PO Box 628
Pittsburgh, PA 15230
*Service via US Mail*

**Roehl Transportation**
PO Box 750
Westboro, WI 54490
*Service via US Mail*

**Midland Funding**
PO Box 939069
San Diego, CA 92193
*Service via US Mail*

**DirectTV**
PO Box 5008
Carol Stream, IL 60197
*Service via US Mail*

**US Department of Education**
Attn: Bankruptcy
2401 International Lane
Madison, WI 53704
*Service via US Mail*