**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 17-11349-TPA |
| | : | |
| Todd Lyle Grazier, | : | Chapter 13 |
| Debtor, | : | |
| | : | Docket No: 81 |
| Todd Lyle Grazier, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION TO EMPLOY REALTOR**

      The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the APPLICATION TO EMPLOY REALTOR, filed on October 26, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than November 12, 2021.

      It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: November 15, 2021

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Certificate of No Objection Regarding the Application to Employ Realtor by First-Class Mail, U.S. Postage Paid on the parties below.

Date:  November 15, 2021               By: /s/ *Kaitlyn E. Vale*
                                                                              KAITLYN E. VALE, PARALEGAL
                                                                              FOSTER LAW OFFICES, LLC
                                                                              1210 Park Avenue
                                                                              Meadville, PA 16335
                                                                              Tel 814.724.1165
                                                                              Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-11349-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Oct 26 12:53:40 EDT 2021 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Acceptance Now<br>Attn: Bankruptcy<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 |
| American Medical Collection Agency<br>PO Box 1235<br>Elmsford, NY 10523-0935 | CBCS<br>PO Box 2724<br>Columbus, OH 43216-2724 | CBL Path<br>760 Westchester Avenue<br>Port Chester, NY 10573-1342 |
| CVS Caremark<br>PO Box 6590<br>Lees Summit, MO 64064-6590 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake<br>Suite 400<br>Valhalla, NY 10595-2322 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Citicards Cbna<br>Centralized Bankruptcy<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>William Moor-Head Building<br>1000 Liberty Avenue<br>Room 806<br>Pittsburgh, PA 15222-4027 |
| Lockhart, Morris & Montgomery Inc.<br>1401 North Central Expressway<br>Richardson, TX 75080-4669 | Meadville Medical Center<br>1034 Grove Street<br>Meadville, PA 16335-2945 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Roehl Transport<br>c/o Lockhart, Morris & Montgomery, Inc.<br>1401 N. Central Expy, Suite 225<br>Richardson, TX 75080-4456 |
| Roehl Transport Inc<br>PO Box 750<br>Westboro, WI 54490 | Transworld Systems Inc<br>Collection Agency<br>500 Virginia Drive<br>Suite 514<br>Fort Washington, PA 19034-2733 | (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>THE WANNAMAKER BUILDING<br>100 PENN SQUARE EAST--11TH FLOOR<br>PHILADELPHIA PA 19107-3325 |
| US DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | Us Department Of Education<br>Great Lakes Higher Education<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3192 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Todd Lyle Grazier<br>22058 Crimson Drive<br>Meadville, PA 16335-5508 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PNC BANK, N.A.  
Bankruptcy Department,  
3232 NEWMARK DRIVE  
MIAMISBURG OH 45342

(d)PNC Mortgage  
Attn: Bankruptcy Dept.  
3232 Newmark Drive  
Miamisburg, OH 45342

(d)Pnc Mortgage  
Po Box 8703  
Dayton, OH 45401

U.S. Department of HUD  
451 7th Street S.W.  
Washington, DC  20410

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK, NATIONAL ASSOCIATION

End of Label Matrix  
Mailable recipients    28  
Bypassed recipients     1  
Total                  29