# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 17-11349-TPA |
| | : | |
| Todd Lyle Grazier, | : | Chapter 13 |
| Debtor, | : | |
| _____ | : | Related to Docket No: 92 |
| Todd Lyle Grazier, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order Employing Professional for Debtor by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: November 17, 2021

By: /s/ Kaitlyn E. Vale
KAITLYN E. VALE, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-11349-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Oct 26 12:53:40 EDT 2021 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Acceptance Now<br>Attn: Bankruptcy<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 |
| American Medical Collection Agency<br>PO Box 1235<br>Elmsford, NY 10523-0935 | CBCS<br>PO Box 2724<br>Columbus, OH 43216-2724 | CBL Path<br>760 Westchester Avenue<br>Port Chester, NY 10573-1342 |
| CVS Caremark<br>PO Box 6590<br>Lees Summit, MO 64064-6590 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake<br>Suite 400<br>Valhalla, NY 10595-2322 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Citicards Cbna<br>Centralized Bankruptcy<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>William Moor-Head Building<br>1000 Liberty Avenue<br>Room 806<br>Pittsburgh, PA 15222-4027 |
| Lockhart, Morris & Montgomery Inc.<br>1401 North Central Expressway<br>Richardson, TX 75080-4669 | Meadville Medical Center<br>1034 Grove Street<br>Meadville, PA 16335-2945 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Roehl Transport<br>c/o Lockhart, Morris & Montgomery, Inc.<br>1401 N. Central Expy, Suite 225<br>Richardson, TX 75080-4456 |
| Roehl Transport Inc<br>PO Box 750<br>Westboro, WI 54490 | Transworld Systems Inc<br>Collection Agency<br>500 Virginia Drive<br>Suite 514<br>Fort Washington, PA 19034-2733 | (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>THE WANNAMAKER BUILDING<br>100 PENN SQUARE EAST--11TH FLOOR<br>PHILADELPHIA PA 19107-3325 |
| US DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | Us Department Of Education<br>Great Lakes Higher Education<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3192 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Todd Lyle Grazier<br>22058 Crimson Drive<br>Meadville, PA 16335-5508 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC BANK, N.A.<br>Bankruptcy Department,<br>3232 NEWMARK DRIVE<br>MIAMISBURG OH 45342 | (d)PNC Mortgage<br>Attn: Bankruptcy Dept.<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | (d)Pnc Mortgage<br>Po Box 8703<br>Dayton, OH 45401 |
| U.S. Department of HUD<br>451 7th Street S.W.<br>Washington, DC  20410 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)PNC BANK, NATIONAL ASSOCIATION | End of Label Matrix<br>Mailable recipients   28<br>Bypassed recipients    1<br>Total                 29 |