FILED
12/1/21 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 17-11349-TPA |
| | : | | |
| Todd Lyle Grazier | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 12/1/2021 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER**    #83 Motion to Sell Property
(Posted on EASI 11/05/2021)
#93 Resp. by PNC BK

**APPEARANCES:**

Debtor:   Daniel P. Foster
Trustee:  Owen Katz
PNC BK: Maria Miksich + Denise Carlon

**NOTES:**

Foster:    Background of sale given. Sale price is $133,00 to Alexander Urban. Sale was advertised, $399 was cost. Net result is $23,675 for exemption. Debtor will now be renting. I will need to file an amended plan. HUD is non-interest bearing $26,497.49.

Katz:    D-1 exemption, no formal exemption was filed, Schedule C to be filed. (11:55) No Trustee fees.

Miksich:    I do not have the payoff figure, I will do that and provide it to Atty. Foster.

**OUTCOME:**    GRANTED / Proposed Order to be submitted, to include exemption figure.

asg