**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case 17-11349-TPA |
| Todd Lyle Grazier, | : | |
| Debtor, | : | Chapter 13 |
| | : | |
| _____ | : | Related to Docket No: 104 |
| Todd Lyle Grazier, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Calvary SPV I, LLC | : | |
| Internal Revenue Service, | : | |
| U.S. Department of HUD, | : | |
| Roehl Transportation, | : | |
| Midland Funding, LLC | : | |
| PNC Bank, N.A. | : | |
| Directv, LLC | : | |
| U.S. Department of Education, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *ORDER REGARDING MOTION FOR PRIVATE SALE OF REAL PROPERTY/PERSONAL PROPERTY FREE AND DIVESTED OF LIENS* by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: December 7, 2021                By: /s/ Kathryn Schwartz
                                             KATHRYN SCHWARTZ, PARALEGAL
                                             FOSTER LAW OFFICES
                                             1210 Park Avenue
                                             Meadville, PA 16335
                                             Tel 814.724.1165
                                             Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

# MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

**Crawford County Tax Claim Bureau**
903 Diamond Park
Meadville PA 16335
*Service via US Mail*

**Alexander L. Urban**
2178 North 57th Street
Canonsburg, PA 15317
*Service via US Mail*

**Todd L. Grazier**
22058 Crimson Drive
Meadville PA 16335
*Service via US Mail*

**PNC Bank, N.A.**
**Bankruptcy Department**
3232 Newmark Drive
Miamisburg, OH 45342
*Service via US Mail*

**US Department of HUD**
2401 N.W. 23rd Street
Suite 1A1
Oklahoma City OK 73107
*Service via US Mail*

**Calvary SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595
*Service via US Mail*

**IRS**
c/o Insolvency Unit
PO Box 628
Pittsburgh, PA 15230
*Service via US Mail*

**Roehl Transportation**
PO Box 750
Westboro, WI 54490
*Service via US Mail*

**Midland Funding**
PO Box 939069
San Diego, CA 92193
*Service via US Mail*

**DirectTV**
PO Box 5008
Carol Stream, IL 60197
*Service via US Mail*

**US Department of Education**
Attn: Bankruptcy
2401 International Lane
Madison, WI 53704
*Service via US Mail*