FILED
12/6/21 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case 17-11349-TPA |
| Todd Lyle Grazier, | : | |
| Debtor, | : | Chapter 13 |
| | : | |
| _____ : | | Docket No: _____83_____ |
| Todd Lyle Grazier, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Calvary SPV I, LLC | : | |
| Internal Revenue Service, | : | |
| U.S. Department of HUD, | : | |
| Roehl Transportation, | : | |
| Midland Funding, LLC | : | |
| PNC Bank, N.A. | : | |
| Directv, LLC | : | |
| U.S. Department of Education, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## ORDER REGARDING MOTION FOR PRIVATE SALE OF REAL PROPERTY/PERSONAL PROPERTY FREE AND DIVESTED OF LIENS

1.)     **AND NOW,** on this _6th_ day of _____December_____, 2021 upon consideration of the
Movant's Motion for Private Sale of Real Property/Personal Property and Divested of Liens,
filed at Document Number 83, **the property located at 22058 Crimson Drive, Meadville, PA
16335** to **Alexander L. Urban for One Hundred Thirty-Three Thousand Dollars ($133,000)**
after a Hearing held in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie,
PA  on  December 1, 2021, the Court finds:

**1.)** That service of the Notice of Hearing with Response Deadline of said Motion for Private
Sale of Real Property Free and Divested of Liens, along with Motion alone, was made on

the above-named Respondents and Motion with all Attachments was affected on the following secured creditors whose liens are recited in said Motion for Private Sale:

| DATE OF SERVICE | NAME OF LIENOR |
|---|---|
| **November 5, 2021** | **Crawford County Tax Claim Bureau**<br>903 Diamond Park<br>Meadville PA 16335 |
| **November 5, 2021** | **Alexander L. Urban– Purchaser**<br>2178 North 57th Street<br>Canonsburg, PA 15317 |
| **November 5, 2021** | **Todd L. Grazier– Seller**<br>22058 Crimson Drive<br>Meadville PA 16335 |
| **November 5, 2021** | **PNC Bank, N.A.**<br>**Bankruptcy Department**<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |
| **November 5, 2021** | **US Department of HUD**<br>2401 N.W. 23rd Street<br>Suite 1A1<br>Oklahoma City OK 73107 |

**2.)** That sufficient general notice of said hearing and sale together with the confirmation hearing hereon, was given to the creditors and parties in interest by the Movant as shown by the certificate of service duly filed and that the named parties were duly served with the Motion

**3.)** That said sale hearing was duly advertised on the Court's EASI website pursuant to W.PA LBR 6004-1(c)(2) on **November 5, 2021**.

**4.)** That at the sale hearing no objections to the sale were made which would result in cancellation of said sale.

**5.)** Print advertising appeared in the Meadville Tribune on November 11, 2021 and the Crawford County Legal Journal on November 17, 2021.

**6.)** That the price of **One Hundred Thirty-Three ($133,000) to Alexander L. Urban** was a full and fair price for the **real estate**.

**7.)** That the Purchaser has acted in good faith with respect to the within sale in accordance with In re Abbotts Dairies of Pennsylvania, Inc., 788 F2d (3d Cir. 1986).

8.   NOW THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that the sale of real property described as Among the assets of the Estate is the real estate located at **the property located at 22058 Crimson Drive, Meadville, PA 16335**, **Parcel ID 327-190-149,** as found in **Deed Book 1055 Page 1113,** with the following **legal description:**

ALL that certain piece or parcel of land situate in West Mead Township, Crawford County, Pennsylvania, known as Lot No. 149 of the Autumn Hills Subdivision, Annex No. 2, a Plan of which is recorded in Crawford County, Pennsylvania, Plan Book 6, Page 64, more particularly described as follows, to-wit:

ON the North by Lot No. 132 of said Subdivision, a distance of eighty (80.00) feet; on the East by Lot No. 150 of said Subdivision, now or formerly owned by Kevin L. Polley and Patricia A. Polley, his wife, a distance of one hundred ninety (190.00) feet; on the South by Crimson Drive, a distance of eighty (80.00) feet; and on the West by Lot No. 148 of said Subdivision, a distance of one hundred ninety (190.00) feet to the point or place of beginning.

ALSO known as: 22058 Crimson Drive, Meadville, Pennsylvania 16335

**IT IS HEREBY CONFIRMED** that said property is sold to **Alexander L. Urban,** his heirs, successors or assignees for **the sum of One Hundred Thirty-Three Thousand Dollars ($133,000),** the Movant is hereby authorized to make, execute and deliver to the Purchasers the necessary deed and other documents required to transfer the title to the property purchased upon compliance with the terms of sale.

It is **FURTHER ORDERED**, that the above recited liens and claims be satisfied by the proceeds of sale, to the extent they may be determined to be valid liens against the sold property, so that the within decreed sale shall be free, clear and divested of said liens and claims.

It is **FURTHER ORDERED, that the following expenses/costs shall immediately be paid at the time of closing. Failure of the Closing Agent to timely make and forward all disbursements required by this Order will subject the agent to monetary sanctions, including among other things, a fine of the imposition of damages, after notice and hearing, for failure to comply with the above terms of this**

**Order.** **Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movant to be turned over to the Chapter 13 Trustee.**

    **a.** **Crawford County Tax Claim Bureau**

       **All appropriate real estate taxes owed to clear title on the property for closing.**

    **b.** **Attorney Fees** in the amount of **$750.00** **paid to Daniel P. Foster, Esquire.**

    **c.** Print Cost reimbursement of **$399.00** paid to **Daniel P. Foster, Esquire**.

    **d.** **Real Estate Commission** of Six Percent (6%), **$7980.00**, shall be paid to **Brian Kurtich of 1st Rate Realty**.

    **e.** **PNC Bank** – The closing agent shall satisfy the first mortgage with PNC Bank in the amount of **$62,653.86** (good through January 1, 2022).

    **f.** **U.S. Department of HUD –** The closing satisfy the second mortgage with the U.S. Department of HUD in the amount of **$26,497.49** pursuant to claim 3-1.

    **g.** **Todd Grazier –** The Debtor is this case, Todd Grazier, shall be paid his exemption of **$23675.00** at closing.

    **h.** After distribution to satisfy closing requirements (including municipal liens, real estate taxes, legal fees, seller assist and all customary closing fees) the Trustee shall receive the **remainder of sale proceeds** for the **benefit of unsecured creditors**. Payment shall be made to: **Ronda J. Winnecour, Trustee**, U.S. Steel Tower, 600 Grant Street, Suite 3250, Pittsburgh, PA 15219.

It is FURTHER ORDERED that:

**1.)** Within seven (5) days of the date of this Order, the Movant shall serve a copy of the within Order on each Respondent and its attorney of record, if any, upon any attorney or party who answered the Motion or appeared at the hearing, the Purchasers, and the attorney for the Purchasers, if any, and file a Certificate of Service;

**2.)** Closing shall occur within thirty (30) days of this Order;

**3.)** Within five (5) days following closing, the Movant shall file a Report of Sale which shall include a copy of the HUD-1 or other Settlement Statement; and

**4.)** This Sale Confirmation Order survives any dismissal or conversion of the within Case.

jlm

Thomas P. Agresti, *Judge*
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                        Case No. 17-11349-TPA
Todd Lyle Grazier                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: culy                                          Page 1 of 2
Date Rcvd: Dec 06, 2021                       Form ID: pdf900                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

**Recip ID          Recipient Name and Address**
db               +  Todd Lyle Grazier, 22058 Crimson Drive, Meadville, PA 16335-5508

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2021                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:**

**Name                    Email Address**

Brian Nicholas
                         on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel P. Foster
                         on behalf of Debtor Todd Lyle Grazier dan@mrdebtbuster.com
                         katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Jerome B. Blank
                         on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION pawb@fedphe.com

Maria Miksich
                         on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
                         ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6