**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 17-11349-TPA |
| Todd Lyle Grazier, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | Related to Docket No. 122 |
| Foster Law Offices, LLC, | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| No Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR FINAL COMPENSATION**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **July 1, 2022** [seventeen (17) days after the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at **http://www.pawb.uscourts.gov/procedures**. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**You should take this to your lawyer at once.**

A Zoom Video Conference Hearing will be held on **July 27, 2022 at 10:00 A.M.** before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled **Zoom Hearing time: https://www.zoomgov.com/j/16021303488**, or alternatively, you may use the following: **Meeting ID: 160 2130 348**8. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-in Charge, at 814-464-9760. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Updated Notice of Temporary Modification of Appearance Procedures, dated and effective November 22, 2021, and continued until further order, which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements.

Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: <u>June 14, 2022</u>

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtor

# **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Application of Foster Law Offices, LLC, Counsel to the Debtor, for Final Compensation, Exhibit C, Local Form 08, Notice of Hearing* and *Proposed Order* by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: June 14, 2022

By: /s/ Kathryn Schwartz
KATHRYN SCHWARTZ, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-11349-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Jun  9 15:11:59 EDT 2022 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Acceptance Now<br>Attn: Bankruptcy<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 |
| American Medical Collection Agency<br>PO Box 1235<br>Elmsford, NY 10523-0935 | CBCS<br>PO Box 2724<br>Columbus, OH 43216-2724 | CBL Path<br>760 Westchester Avenue<br>Port Chester, NY 10573-1342 |
| CVS Caremark<br>PO Box 6590<br>Lees Summit, MO 64064-6590 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake<br>Suite 400<br>Valhalla, NY 10595-2321 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Citicards Cbna<br>Centralized Bankruptcy<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL  60197-5008 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>William Moor-Head Building<br>1000 Liberty Avenue<br>Room 806<br>Pittsburgh, PA 15222-4027 |
| Lockhart, Morris & Montgomery Inc.<br>1401 North Central Expressway<br>Richardson, TX 75080-4669 | Meadville Medical Center<br>1034 Grove Street<br>Meadville, PA 16335-2945 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Roehl Transport<br>c/o Lockhart, Morris & Montgomery, Inc.<br>1401 N. Central Expy, Suite 225<br>Richardson, TX 75080-4456 |
| Roehl Transport Inc<br>PO Box 750<br>Westboro, WI 54490 | Transworld Systems Inc<br>Collection Agency<br>500 Virginia Drive<br>Suite 514<br>Fort Washington, PA 19034-2733 | (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>THE WANNAMAKER BUILDING<br>100 PENN SQUARE EAST--11TH FLOOR<br>PHILADELPHIA PA 19107-3325 |
| US DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | Us Department Of Education<br>Great Lakes Higher Education<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3192 | Brian Kurtich<br>1st Rate Realty, LLC<br>745 Liberty Street<br>Franklin, PA 16323-1131 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Todd Lyle Grazier<br>1206 Beagle Club Road<br>Cochranton, PA 16314-9436 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PNC BANK, N.A.
Bankruptcy Department,
3232 NEWMARK DRIVE
MIAMISBURG OH 45342

(d)PNC Mortgage
Attn: Bankruptcy Dept.
3232 Newmark Drive
Miamisburg, OH 45342

(d)Pnc Mortgage
Po Box 8703
Dayton, OH 45401

U.S. Department of HUD
451 7th Street S.W.
Washington, DC 20410

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK, NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30