**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 17-11349-TPA** |
| **Todd Lyle Grazier,** | : | **CHAPTER 13** |
| Debtor. | : | |
| | : | **Related to Docket No. 122** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

**CERTIFICATE OF NO OBJECTION**

  The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **Application of Foster Law Offices, LLC as counsel for the Debtor, for Final Compensation**, filed on June 10, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than June 27, 2022.

  It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: July 5, 2022

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: July 5, 2022

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-11349-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Jun  9 15:11:59 EDT 2022 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Acceptance Now<br>Attn: Bankruptcy<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 |
| American Medical Collection Agency<br>PO Box 1235<br>Elmsford, NY 10523-0935 | CBCS<br>PO Box 2724<br>Columbus, OH 43216-2724 | CBL Path<br>760 Westchester Avenue<br>Port Chester, NY 10573-1342 |
| CVS Caremark<br>PO Box 6590<br>Lees Summit, MO 64064-6590 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake<br>Suite 400<br>Valhalla, NY 10595-2321 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Citicards Cbna<br>Centralized Bankruptcy<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL  60197-5008 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>William Moor-Head Building<br>1000 Liberty Avenue<br>Room 806<br>Pittsburgh, PA 15222-4027 |
| Lockhart, Morris & Montgomery Inc.<br>1401 North Central Expressway<br>Richardson, TX 75080-4669 | Meadville Medical Center<br>1034 Grove Street<br>Meadville, PA 16335-2945 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Roehl Transport<br>c/o Lockhart, Morris & Montgomery, Inc.<br>1401 N. Central Expy, Suite 225<br>Richardson, TX 75080-4456 |
| Roehl Transport Inc<br>PO Box 750<br>Westboro, WI 54490 | Transworld Systems Inc<br>Collection Agency<br>500 Virginia Drive<br>Suite 514<br>Fort Washington, PA 19034-2733 | (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>THE WANNAMAKER BUILDING<br>100 PENN SQUARE EAST--11TH FLOOR<br>PHILADELPHIA PA 19107-3325 |
| US DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | Us Department Of Education<br>Great Lakes Higher Education<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3192 | Brian Kurtich<br>1st Rate Realty, LLC<br>745 Liberty Street<br>Franklin, PA 16323-1131 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Todd Lyle Grazier<br>1206 Beagle Club Road<br>Cochranton, PA 16314-9436 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PNC BANK, N.A.
Bankruptcy Department,
3232 NEWMARK DRIVE
MIAMISBURG OH 45342

(d)PNC Mortgage
Attn: Bankruptcy Dept.
3232 Newmark Drive
Miamisburg, OH 45342

(d)Pnc Mortgage
Po Box 8703
Dayton, OH 45401

U.S. Department of HUD
451 7th Street S.W.
Washington, DC  20410

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK, NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30