**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 17-11349-TPA |
| | : | |
| Todd Lyle Grazier, | : | CHAPTER 13 |
|     Debtor, | : | |
| | : | |
| Todd Lyle Grazier, | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 130 |
| | : | |
|     vs. | : | |
| | : | |
| Lazer Spot, | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Order to Stop Payroll Deductions* by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: January 7, 2023

By: /s/ Sarah Hunt
SARAH HUNT, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**LAZER SPOT**
**ATTN: PAYROLL**
**6525 SHILOH ROAD**
**SUITE 900**
**ALPHARETTA, GA 30005**