UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/4/23 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
 TODD LYLE GRAZIER

Case No. 17-11349JAD

Debtor(s)
Ronda J. Winnecour, Trustee
 Movant
 vs.
TODD LYLE GRAZIER

Chapter 13

Related to ECF No. 129

Respondents

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 4th day of January, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

Lazer Spot
Attn: Payroll
6525 Shiloh Rd
Suite 900
Alpharetta, GA 30005

is hereby ordered to immediately terminate the attachment of the wages of TODD LYLE GRAZIER, social security number XXX-XX-1330. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TODD LYLE GRAZIER.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
JEFFERY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11349-JAD |
| Todd Lyle Grazier | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 04, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

**Recip ID        Recipient Name and Address**
db              + Todd Lyle Grazier, 1206 Beagle Club Road, Cochranton, PA 16314-9436

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:

**Name                Email Address**

Brian Nicholas
                on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel P. Foster
                on behalf of Debtor Todd Lyle Grazier dan@mrdebtbuster.com
                katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Jerome B. Blank
                on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com

Maria Miksich
                on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 04, 2023 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

TOTAL: 6