Certificate Number: 03088-PAW-DE-037121580

Bankruptcy Case Number: 17-11349



03088-PAW-DE-037121580

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2023, at 11:40 o'clock AM CST, Todd Lyle Grazier completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 20, 2023      By:   /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor