**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Todd Lyle Grazier<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1330<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–11349–JAD | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Todd Lyle Grazier

<u>4/18/23</u>                                **By the court:** <u>Jeffery A. Deller</u>
                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-11349-JAD
Todd Lyle Grazier  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: auto  Page 1 of 3
Date Rcvd: Apr 18, 2023  Form ID: 3180W  Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd Lyle Grazier, 1206 Beagle Club Road, Cochranton, PA 16314-9436 |
| r | + | Brian Kurtich, 1st Rate Realty, LLC, 745 Liberty Street, Franklin, PA 16323-1131 |
| 14760909 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14760910 | + | CBL Path, 760 Westchester Avenue, Port Chester, NY 10573-1342 |
| 14760911 | + | CVS Caremark, PO Box 6590, Lees Summit, MO 64064-6590 |
| 14750287 | | Roehl Transport Inc, PO Box 750, Westboro, WI 54490 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 19 2023 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2023 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 19 2023 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2023 23:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14750278 | + | Email/Text: bankruptcy@rentacenter.com | Apr 18 2023 23:31:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14760908 | + | Email/Text: bkrpt@retrievalmasters.com | Apr 18 2023 23:30:00 | American Medical Collection Agency, PO Box 1235, Elmsford, NY 10523-0935 |
| 14750279 | + | EDI: CAPITALONE.COM | Apr 19 2023 03:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14750280 | + | Email/Text: bankruptcy@cavps.com | Apr 18 2023 23:30:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321 |
| 14755596 | + | Email/Text: bankruptcy@cavps.com | Apr 18 2023 23:30:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14750281 | + | EDI: CITICORP.COM | Apr 19 2023 03:23:00 | Citicards Cbna, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14780733 | | EDI: DIRECTV.COM | Apr 19 2023 03:26:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14750283 | + | EDI: IRS.COM | Apr 19 2023 03:23:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14750285 | + | Email/Text: bankruptcy@lmminc.com | Apr 18 2023 23:30:00 | Lockhart, Morris & Montgomery Inc., 1401 North Central Expressway, Richardson, TX 75080-4669 |
| 14760912 | + | Email/Text: mwetherbee@mmchs.org | Apr 18 2023 23:30:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14775387 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2023 23:30:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14776715 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC BANK, N.A., Bankruptcy Department,, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14760913 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC Mortgage, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14750286 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14775126 | + | Email/Text: bankruptcy@lmminc.com | Apr 18 2023 23:30:00 | Roehl Transport, c/o Lockhart, Morris & Montgomery, Inc., 1401 N. Central Expy, Suite 225, Richardson, TX 75080-4456 |
| 14760914 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 18 2023 23:30:00 | Transworld Systems Inc, Collection Agency, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14773196 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 18 2023 23:45:36 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14783136 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 18 2023 23:30:00 | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14750288 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 18 2023 23:30:00 | Us Department Of Education, Great Lakes Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3192 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 14750284 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14750282 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 18, 2023 | Form ID: 3180W | Total Noticed: 27 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Todd Lyle Grazier dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6